1  GOLDSMITH & BURNS
   ATTORNEY FOR THE PLAINTIFF
2     18425 BURBANK BLVD., SUITE 708
      TARZANA, CA  91356
3     818-708-2565
   Attorneys for the Plaintiff
4
                    UNITED STATES DISTRICT COURT
5                   CENTRAL DISTRICT OF CALIFORNIA

6  UNITED STATES OF AMERICA,          COURT NO: 90 A 90724
                Plaintiff,
7
           v.                         DEFAULT JUDGMENT
8
   CELESTINE R. EASLEY
9
                Defendant(s).
10 _____/

11     In the above-entitled action, an affidavit on behalf of the
12 plaintiff satisfying the requirements of Rule 55 having been filed;
13     IT IS ADJUDGED that the United States of America, plaintiff,
14 do have and recover of and from CELESTINE R. EASLEY

15 the sum of $1,167.81 as principal, $45.58 as accrued prejudgment
16 interest, $140.00 administrative charges, and $58.00 costs,
17 plus $316.78 attorney fees for a total amount of $1,728.17,
18 plus interest at the current rate until entry of judgment.
19     Judgment to accrue interest at the legal rate until paid.
20     DATED:  DEC 11 1990
21
22                              LEONARD A. BROSNAN, CLERK
                                U.S. District Court
23                              Central District of California

24                              LINDA CHAI
                            By: _____
25                              Deputy Clerk

**FILED**
DEC 11 1990
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

**ENTERED**
CLERK, U.S. DISTRICT COURT
DEC 11 1990
CENTRAL DISTRICT OF CALIFORNIA